# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

EUGENE C. WILLIAMS                                    CIVIL ACTION

VERSUS

UNITED STATES OF AMERICA, ET AL.              NO.: 14-00015-BAJ-RLB

## RULING AND ORDER

Before the Court is Petitioner's *pro se* petition for habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1). The Magistrate Judge has issued a Report and Recommendation (Doc. 4), recommending that Petitioner's petition be dismissed without prejudice. Petitioner did not file objections to the Magistrate Judge's Report.

Having independently considered Petitioner's **PETITION (Doc. 1)** and related filings, the Court **APPROVES** the Magistrate Judge's **REPORT AND RECOMMENDATION (Doc. 4),** and **ADOPTS** it as the Court's opinion herein.[1]

Accordingly,

**IT IS ORDERED** that Petitioner's § 2241 Petition is **DISMISSED WITHOUT PREJUDICE** for the reasons explained in the Magistrate Judge's Report and Recommendation. Petitioner may file the petition in the appropriate court if he desires.

---

[1] Although Petitioner was sentenced in this Court, he is currently confined in Pollock Medium Facility, located in the Western District of Louisiana. The Fifth Circuit has firmly held that a habeas corpus petition that "attacks the manner in which a sentence is carried out or the prison authorities' determination of its duration . . . must be filed in the same district where the prisoner is incarcerated." *Pack v. Yusuff*, 218 F.3d 448, 451 (5th Cir. 2000).

Baton Rouge, Louisiana, this 21st day of October, 2014.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA